IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANDRA R. DAVISON,       ) | |
|     Plaintiff,       ) | |
| )  | |
| v.       ) | 3:10-CV-704-O |
| ) | |
| TEXAS WORKFORCE COMMISSION       ) | |
|     Defendant.       ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and noting that no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the Court formally dismisses this action as recommended by the United States Magistrate Judge.

**SO ORDERED this 26th day of August, 2010.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**